1

2

3

4

5

6

7

8

9

10

11

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

12 | ADOBE SYSTEMS INCORPORATED, a
Delaware Corporation,

13 | Plaintiff,

14 | v.

15 | MACPRO LA, INC., a California Corporation;
RAMZAN "RAY" HARJI, an Individual; and
16 | DOES 1-10, Inclusive,

17 | Defendants.

18

Case No.: 3:15-cv-03541-CRB

**ORDER GRANTING STIPULATION
TO EXTEND TIME FOR
DEFENDANTS MACPRO LA,
INC. AND RAMZAN "RAY" HARJI TO
ANSWER OR OTHERWISE RESPOND
TO COMPLAINT AND CONTINUING
CMC**

**[Civil L.R. 6-1(b)]**

**Hon. Judge Charles R. Breyer**

19
20

| | |
|---|---|
| Service date: | September 24, 2015 |
| Response date: | October 15, 2015 |
| New response date: | November 13, 2015 |

21
22

| | |
|---|---|
| Current CMC date: | November 13, 2015 |
| Proposed CMC date: | December 4, 2015 |

23

24

**ORDER**

25

The Court has reviewed, read and considered the Stipulation to Extend Time to Respond

26 to Complaint by and between Plaintiff Adobe Systems Incorporated's ("Plaintiff") and

27 Defendants Macpro LA, Inc. and Ramzan "Ray" Harji ("Defendants")(the "Stipulation").

28 IT IS ORDERED that the Stipulation is GRANTED.

1    IT IS FURTHER ORDERED that Defendants shall have up to and including Friday,

2  November 13, 2015 to Answer or otherwise respond to Plaintiff's Complaint.

3    IT IS FURTHER ORDERED that the Case Management Conference previously set by

4  the Court on Friday, November 13, 2015 is hereby continued to Friday, December 4, 2015 at

5  8:30 a.m., in Courtroom 6, 17th floor, 450 Golden Gate Avenue, San Francisco, California.  The

6  parties shall file a joint case management statement in the form contained in the Civil Local rules

7  as supplemented by this order not less than seven (7) days in advance of the conference.

8

9    IT IS SO ORDERED this  23rd day of  October, 2015.

10

11  _____

12  HON. CHARLES R. BREYER
    United States Senior District Judge
    Northern District of California
13  San Francisco Courthouse

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER - CASE NO.:  3:15-cv-03541-CRB**